THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL CONFORTI, Appellant.

Submitted May 23, 1955; decided June 2, 1955.

*Wolfgang E. Cribari* and *William F. Horan* for motions.

*Fred A. Dickinson, District Attorney,* for the People of the State of New York.

Motion to have appeal heard upon the original record granted. Motion for enlargement of time granted and case set down for argument during the October, 1955, session of the Court of Appeals.